UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
VICTOR M. SERBY,　　　　　　　　　　　　　　　　**JUDGMENT**

　　　　　　　　　　　　　　　　　　　　　　　　　09-CV-4229 (WFK) (VMS)

　　　　　　　　　　Plaintiff,

　　-against-

FIRST ALERT, INC. AND BRK BRANDS, INC.

　　　　　　　　　　Defendants.
-------------------------------------------------------------------X

　　　　This action having been tried by Judge William F. Kuntz, II, United States District Judge, presiding, without a jury and having rendered a decision; it is hereby

　　　　ORDERED AND ADJUDGED the Court finds no liability on the part of Defendants for any of the Plaintiff's causes of action. Judgment for Defendants. The Plaintiff Victor M. Serby to recover nothing against Defendants First Alert, Inc. and BRK Brands, Inc.


Dated: Brooklyn, New York
October 26, 2015

　　　　　　　　　　　　　　　　　　　　　　　DOUGLAS C. PALMER
　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　　　　　　by: /s/ *Andrew Jackson*
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy